UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

D.ʔURYYAH AJAMU,

      Plaintiff,

vs.                              Case No.: 8:14-CV-1609-T-27TGW

UNITED STATES MARSHALS SERVICE,
and UNITED STATES DEPARTMENT OF
JUSTICE,

      Defendants.
_____/

**MOTION FOR CONTEMPT CITATIONS AND SANCTIONS**

Pursuant 5 U.S.C., Section 552 et seq., the United States Marshals Service, via its employees, officials, and agents, have engaged in the willful, arbitrary, capricious, and unlawful withholding of records timely and lawfully requested by the Plaintiff, D.ʔURYYAH AJAMU, and denied him procedural and substantive due process of the law.

Defendant, United States Marshals Service, Department of Justice, for the Middle District of Florida, acts were based on Plaintiff's, D.ʔURYYAH AJAMU, race, color, nationality, or **Faith**, pursuant 5 U.S.C., Section 552(a)(6)(A)(i)(ii), including its failure to provide him notice of his right to appeal, within the statutory time limits. [**COMPLAINT**, paragraphs #IV, and #XII]

THEREFORE, based on the foregoing, Plaintiff, D.ʔURYYAH AJAMU, requests that this Court enter Contempt Citations and Sanctions against the Defendant, in addition to Notification of the Special Counsel of the arbitrary and capricious withholding of records from the Plaintiff, pursuant 5 U.S.C., Section 552(a)(4)(B).

-1-

DATED this \_\_26th\_\_ day of February, 2015.



D.ʾURYYAH AJAMU
Plaintiff, Pro Se
907 Ferndell Road
Orlando, Florida  32808
(407) 715-6055
By The Grace of **HA-ʾEL HA-KADOSH**
  and **RABY YAHʾSHUAᶜ HA-ʾADON-**
  **BEN ᶜELYON.**

DUA/sg

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Plaintiff's, D.ʾURYYAH AJAMU, **MOTION FOR CITATIONS AND SANCTIONS**, was provided to: Eric H. Holder, Jr., Attorney General of the United States, 950 Pennsylvania Avenue, NW, Room B-103, Washington, D.C.; William E. Bordley, Associate General Counsel, Office of General Counsel, U.S. Marshals Service, U.S. Department of Justice, 2604 Jefferson Davis Highway, FOIA/PA, CS4, 10th floor, Alexander, Va. 22301; A. Lee Bentley, III, United States Attorney, Middle District of Florida, 400 N. Tampa Street, Tampa, Fla. 33602, by U.S. Mail, this \_\_26th\_\_ day of February, 2015.

