UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

D'URYYAH AJAMU,

    Plaintiff,

vs.                                Case No. 8:14-cv-01609-T-27TGW

UNITED STATES MARSHALS SERVICE, et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** are Plaintiff's Motion for Judgment on Pleadings (Dkt. 23), Plaintiff's Motion for Sanctions to Compel Disclosure (Dkt. 24), and Plaintiff's Motion for Contempt Citations and Sanctions (Dkt. 25). Upon consideration, the motions are DENIED.

The Motion for Judgment on Pleadings states that Defendants failed to timely answer Plaintiff's complaint. Defendants were served on August 5, 2014. (Dkts. 18, 19, 20). As Defendants are agencies of the United States sued in their official capacities, they had 60 days to respond to Plaintiff's complaint. *See* Fed. R. Civ. P. 12(a)(2). Defendants answered Plaintiff's complaint on September 2, 2014. (Dkt. 21). Therefore, the motion is due to be denied.

Plaintiff's Motion for Sanctions to Compel Disclosure contends Defendants failed to timely produce certain final reports held by the Attorney General of the United States and surveillance tape of the Plaintiff delivering flowers to United States District Judge Patricia C. Fawcett. This motion is denied without prejudice. Plaintiff has failed to demonstrate the existence of a pending discovery request or other item requiring disclosure of these materials. Plaintiff has also failed to comply with

Local Rule 3.01(g), which requires that he confer with Defendants' counsel before filing most non-dispositive motions.

Finally, Plaintiff's Motion for Contempt Citations and Sanctions is denied without prejudice. Again, Plaintiff failed to comply with Local Rule 3.01(g). Plaintiff has also failed to show that this motion is not moot, as Defendant has averred that it has responded to Plaintiff's FOIA requests. (Dkt. 21 ¶ XII).

Accordingly, Plaintiff's Motion for Judgment on Pleadings (Dkt. 23) is **DENIED**. Plaintiff's Motion for Sanctions to Compel Disclosure (Dkt. 24) is **DENIED** *without prejudice*. Plaintiff's Motion for Contempt Citations and Sanctions (Dkt. 25) is **DENIED** *without prejudice*.

**DONE AND ORDERED** this 23rd day of April, 2015.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
*Pro se* Plaintiff
Counsel of Record